STATE OF CONNECTICUT *v.* CHARLES ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 833, is granted, limited to the following issue:

"In the circumstances of this case, were the trial court's instructions on self-defense (a) erroneous and (b) if erroneous, harmless?"

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided October 22, 1992

STATE OF CONNECTICUT *v.* CONCETTA RUSSELL

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 59, is denied.

*Linda P. Stambovsky* and *Patricia Buck Wolf,* in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided October 22, 1992

DOREEN MORELLI *v.* MANPOWER, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 132, is granted, limited to the following issue:

"Under what circumstances, if any, is the denial of a motion to open a judgment of dismissal under Practice Book § 251 an appealable judgment?"

*William F. Gallagher,* in support of the petition.

Decided October 22, 1992